IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| A.T., | : |
| Plaintiff, | : |
| VS. | : 1:25-CV-33 (ALS) |
| FRANK BISIGNANO[1], | : |
| Defendant. | : |

### ORDER

Pending before the Court is the Commissioner's Unopposed Motion for Remand of this case for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 19). The Commissioner moves the Court for entry of judgment with a reversal and remand of the cause to the Commissioner. *Id.* In his Memorandum, the Commissioner states that upon remand the administrative law judge will offer the Plaintiff an opportunity for a supplemental hearing and issue a new decision. (Doc. 19-1). The Commissioner states that Plaintiff's counsel does not object to remand. *Id*.

Having considered the Motion and the Memorandum in support thereof, and Plaintiff having no objection to remand, the Court **GRANTS** the Commissioner's Motion for Reversal and Remand of this case to the Commissioner for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 19). Accordingly, the Clerk is **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED and DIRECTED**, this 1st day of August, 2025.

*s/ ALFREDA L. SHEPPARD*
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant names Frank Bisignano as the defendant successor. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.