IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGELINE THREADCRAFT, | * |
| Plaintiff, | * |
| v. | Case No. 1:25-CV-33 (ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 1, 2025 and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 4th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk