IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGELINE THREADCRAFT, | * |
| Plaintiff, | * |
| v. | Case No.  1:25-CV-33 (ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed August 26, 2025 and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 8,012.73.

This 26th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk